# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMAR COLEMAN, | : | CIVIL ACTION NO. 3:CV-15-1447 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| WARDEN, et al., | : | |
| Defendants | : | |

# ORDER

**AND NOW, THIS 12nd DAY OF MAY, 2016**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss (Doc. 23) is **GRANTED.**

2. Plaintiff's motion entering a factual record (Doc. 28) and motion for summary judgment (Doc. 30) are deemed withdrawn for failure to file a supporting brief. See M.D. Pa. Local Rule 7.5.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

/s/ William J. Nealon
**United States District Judge**